# EXHIBIT A



**Previn Waran <pwaran@graelaw.com>**

# Kabir v. The Masalawala LLC et al. - Civil Action No. 1:21-cv-10289-JPO
4 messages

---

**Louis Leon** <lleon@cafaroesq.com>                                                   Mon, Feb 6, 2023 at 10:11 AM
To: Previn Waran <pwaran@graelaw.com>
Cc: Charlie Mueller <cmueller@graelaw.com>

> Previn:
>
> I was able to locate my client.  Please advise if you will agree to cancel tomorrow's conference.  Given that the conference is scheduled for tomorrow at 4:00 p.m., if I do not hear back from you soon, I will have to write to the Court without your input.  Thanks.
>
> **Sincerely,**
> **Louis M. Leon, Esq.**
> **Associate**
>
> Description: Doc1
>
> 108 West 39th Street, Suite 602
>
> New York, NY 10018
>
> Main (212) 583-7400
>
> Fax. (212) 583-7401
>
> LLeon@CafaroEsq.com
>
> ---
>
> **image001.jpg**
> 4K

---

**Previn Waran** <pwaran@graelaw.com>                                                  Mon, Feb 6, 2023 at 10:18 AM
To: Louis Leon <lleon@cafaroesq.com>
Cc: Charlie Mueller <cmueller@graelaw.com>

> Louis,
>
> We do not consent to the cancellation of the conference.  You're free to direct whatever correspondence to the Court that you deem appropriate.  Thank you.
>
> Best,
>
> **Previn A. Waran | Partner**
> **GRAE & GRAE, LLC**
> The Equitable Building
> 120 Broadway
> 28th Floor
> New York, NY 10271
> (212) 221-8763

pwaran@graelaw.com
www.graelaw.com

\*\*\*CONFIDENTIALITY NOTICE\*\*\*
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.
_____
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable provisions of state and local tax law or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

> On Feb 6, 2023, at 10:12 AM, Louis Leon <lleon@cafaroesq.com> wrote:
>
> [Quoted text hidden]

---

**Louis Leon** <lleon@cafaroesq.com>                                         Mon, Feb 6, 2023 at 10:20 AM
To: Previn Waran <pwaran@graelaw.com>
Cc: Charlie Mueller <cmueller@graelaw.com>

What's the reason for you withholding consent?

**Sincerely,
Louis M. Leon, Esq.
Associate**

Description: Doc1

108 West 39th Street, Suite 602

New York, NY 10018

Main (212) 583-7400

Fax. (212) 583-7401

LLeon@CafaroEsq.com

[Quoted text hidden]



**image001.jpg**
4K

---

**Previn Waran** <pwaran@graelaw.com>                                         Mon, Feb 6, 2023 at 10:37 AM
To: Louis Leon <lleon@cafaroesq.com>
Cc: Charlie Mueller <cmueller@graelaw.com>

Louis,

We feel that it is important that we have a meaningful dialogue with the Court with respect to, among other things, your client's having gone missing, or otherwise unresponsive, for—at the very minimum, it would seem—the intervening three months from the November 1, 2022, date upon which Defendants served upon him their discovery requests. Simply put, Plaintiff isn't free to engage and disengage with this matter—which is one of his own creation—at his whim and fancy. In light of of the foregoing, coupled with the fact that we are now over one year from the inception of this action, with no discovery whatsoever having taken place, we also want to discuss with the Court the setting of a schedule for the completion of the necessary discovery in this action.     While we are always happy to discuss settlement, and feel that this is a matter that is ripe for potential amicable resolution, that process has no bearing on the parties' continuing obligations vis-a-vis discovery and the diligent prosecution of the action.

In any event, we have been directed to submit a status report to the Court in just over a week, or on or before February 14, 2023. As such, the convening of this conference dovetails nicely therewith, and might even obviate the need to file such submission.

Thank you.

Kind regards,

**Previn A. Waran | Partner**
**GRAE & GRAE LLC**
The Equitable Building
120 Broadway, Fl. 28
New York, New York 10271
(212) 221-8763
pwaran@graelaw.com
www.graelaw.com


***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.
_____
IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S.
tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot
be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable provisions of
state and local tax law or (ii) promoting, marketing, or recommending to another party any transaction or
matter addressed herein.

> [Quoted text hidden]
> [Quoted text hidden]
> <image001.jpg>