GRAE & GRAE LLC
The Law Firm www.graelaw.com

**Previn A. Waran**
**Partner**
The Equitable Building
120 Broadway
28th Floor
New York, NY 10271
Tele: (212) 221-8763
pwaran@graelaw.com

May 2, 2023

**VIA ECF**
The Honorable J. Paul Oetken, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
Courtroom 706
New York, New York 10007
OetkenNYSDChambers@nysd.uscourts.gov

**Re**: **Kabir v. The Masalawala LLC et al. – Civil Action No. 1:21-cv-10289-JPO**

Dear Judge Oetken:

Our offices are counsel to defendants, The Masalawala LLC ("Masalawala") and Debabrata Roni Mazumdar ("Mr. Mazumdar", and, together with Masalawala, the "Defendants"), in connection with the above-referenced action presently pending before Your Honor. We write, jointly with counsel for Plaintiff Mohammed H. Kabir ("Plaintiff", and, together with Defendants, the "Parties"), to advise the Court that the Parties have reached a settlement in principle with respect to their dispute, and are presently in the process of drafting the formal agreement wherein all of the terms and conditions upon which this action has been resolved shall be memorialized. Accordingly, the Parties hereby request that the Court administratively terminate, or otherwise adjourn *sine die*, all pending deadlines and events in this matter, including, without limitation, the mediation presently scheduled to take place herein.

On behalf of the parties, the undersigned thanks the Court in advance for its time and attention to these matters.

Respectfully submitted,

Previn A. Waran, Esq.

cc: *All Counsel of Record (Via ECF)*