UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MOHAMMED H. KABIR, On Behalf of
himself and All Others Similarly Situated,

                Plaintiff,

    -against-

THE MASAWALA LLC and DEBABRATA
RONI MAZUMDAR,

                Defendants.
-----------------------------------------------------------X

1:21-cv-10289 (JPO)

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Mohammed H. Kabir, the named plaintiff in connection with the above-captioned action, having conferred with counsel, hereby accepts the Offer of Judgment annexed hereto as **Exhibit A**.

Dated: August 15, 2023

                **LAW OFFICES OF WILLIAM CAFARO**

By: _____
Louis M. Leon, Esq.
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
lleon@cafaroesq.com
*Attorneys for Plaintiff Mohammed H. Kabir*