**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MOHAMMED H. KABIR, On Behalf of himself and All Others Similarly Situated,

1:21-cv-10289 (JPO)

Plaintiff,

-against-

THE MASAWALA LLC and DEBABRATA RONI MAZUMDAR,

Defendants.
-----------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendants THE MASAWALA LLC ("Masalawala") and DEBABRATA RONI MAZUMDAR ("Mr. Mazumdar", and, together with Masalawala, the "Defendants"), hereby offer to allow judgment to be taken against them by MOHAMMED H. KABIR, the named plaintiff in connection with the above-captioned action ("Plaintiff"), in the total sum of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of all attorneys' fees, interest, costs, and expenses incurred and/or accrued to the date of this offer, in full and final satisfaction of all of Plaintiff's individual claims against Defendants that have been alleged in, or could have been alleged in, the above-captioned action.

This judgment shall be in full satisfaction of all individual federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, principal, employee, or agent, either past or present, of Defendants, or in connection with the facts and circumstances from which the above-captioned action has been alleged to have arisen.

This offer of judgment is made solely for the purposes specified in FED. R. CIV. P. 68. Neither this offer, nor any judgment that may result from this offer, shall be construed as or constitute an admission (i) that Defendants, or any owner, principal, employee, or agent, either past or present, of Defendants, are liable to Plaintiff in this or any action; (ii) that any allegations made in connection with this action are true; or (iii) that Plaintiff has suffered any damage, or is in any way entitled to recovery of any sums, costs, expenses, damages, and/or attorneys' fees.

In order for Plaintiff to accept this offer, and thereby resolve his individual claims, Plaintiff must file with the Court a notice of acceptance thereof within fourteen (14) days of their receipt of a finalized and executed copy of this offer. An offer not accepted within the specified period for acceptance will be deemed withdrawn. In addition, a condition of acceptance is that all claims against all Defendants shall be dismissed in their entirety and with prejudice.

Dated: August 14, 2023

**GRAE & GRAE, LLC**

By: ______________________

Previn A. Waran, Esq.
The Equitable Building
120 Broadway, Floor 28
New York, New York 10271
(212) 221-8763
pwaran@graelaw.com
*Attorney for Defendants*
*The Masalawala LLC and*
*Debabrata Roni Mazumdar*