**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

MOHAMMED H. KABIR, On Behalf of himself and All Others Similarly Situated ,

1:21-cv-10289 (JPO)

Plaintiff,

-against-

THE MASAWALA LLC, and DEBABRATA RONI MAZUMDAR,

Defendants.

-------------------------------------------------------X

# <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that, on August 15, 2023, I caused a true and correct copy of Plaintiff's Acceptance of Defendants' Offer of Judgment Pursuant to Rule 68 to be served, *via* electronic mail, upon Defendants' counsel of record in this matter:

Previn A. Waran, Esq.
GRAE & GRAE
The Equitable Building
120 Broadway, FL. 28
New York, New York 10271
(212) 221-8763
pwaran@graelaw.com
*Attorney for All Defendants*

Dated: August 15, 2023

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

By: Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
LLeon@cafaroesq.com