UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MOHAMMED H. KABIR, On Behalf of himself and All Others Similarly Situated ,

                Plaintiff,

      -against-

THE MASAWALA LLC, and DEBABRATA RONI MAZUMDAR,

                Defendants.
--------------------------------------------------------X

1:21-cv-10289 (JPO)

## JUDGMENT

**WHEREAS**, Plaintiff MOHAMMED H. KABIR ("Plaintiff") filed a complaint against Defendants THE MASAWALA LLC and DEBABRATA RONI MAZUMDAR (collectively, the "Defendants") on December 2, 2021, alleging violations of the Fair Labor Standards Act and New York Labor Law; and

**WHEREAS**, Defendants tendered to Plaintiff an offer of judgment, pursuant to Federal Rule of Civil Procedure 68, on August 14, 2023 (the "Offer of Judgment"); and

**WHEREAS**, Plaintiff accepted the said Offer of Judgment, and filed a notice of such acceptance, on August 15, 2023;

**NOW THEREFORE**, **IT IS ORDERED** that Defendants' Offer of Judgment, already accepted by Plaintiff, be entered against the Defendants in accordance with the terms thereof. **The Clerk is directed to close this case.**

Dated: New York, New York

      August 16, 2023

                                                   J. PAUL OETKEN
                                                    United States District Judge